NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Ryan M. Ferrell, Bar No. 258037
rferrell@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONDE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OBESITY RESEARCH INSTITUTE, LLC; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: CV12-0413 RSWL (RZx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. § 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure § 41(a), Plaintiff Martin Conde voluntarily dismisses this action without prejudice as to Defendant Obesity Research Institute, LLC.

Dated:  January 27, 2012          NEWPORT TRIAL GROUP
                                  A Professional Corporation
                                  Scott J. Ferrell


                              By: _/s/  Scott J. Ferrell_
                                   Scott J. Ferrell
                                   Attorney for Plaintiff and the Class

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)